**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| RICHARD BARBER, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Case No. 2:19-cv-02334-KHV-GEB |
| ) | |
| CAPITAL ELECTRIC CONSTRUCTION ) | |
| COMPANY, INC., *et al.* ) | |
| ) | |
| *Defendants.* ) | |

**JOINT STIPULATION FOR DISMISSAL
<u>WITH PREJUDICE OF ALL CLAIMS</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Richard Barber and Defendants Capital Electric Construction Company, Inc., MDU Resources Group, Inc. and MDU Construction Services Group, Inc. by and through their respective attorneys, hereby stipulate and agree that the above-captioned matter should be dismissed in its entirety, with prejudice, as to all claims and all parties, with each party to pay his or its own costs, expenses and attorneys' fees.

Dated:  <u>Jan. 10, 2020</u>

Respectfully submitted by,

| | |
|---|---|
| /s/  Thomas F. Ralston | /s/ John A. Vering |
| Thomas F. Ralston, D.Kan. #78212 | John A. Vering, KS #14308 |
| tom@rklawllc.com | jvering@sb-kc.com |
| Kenneth D. Kinney, D.Kan. #78544 | Shannon D. Johnson, KS #23496 |
| ken@rklawllc.com | sjohnson@sb-kc.com |
| RALSTON KINNEY, LLC | SEIGFREID BINGHAM PC |
| Suite 250, 4717 Grand Avenue | Suite 1000, 2323 Grand Boulevard |
| Kansas City, Missouri 64112 | Kansas City, Missouri 4108 |
| (816) 298.0086 | (816) 421.4460 |
| Fax:  (816) 298.9455 | Fax: (816) 474.3447 |
| ***ATTORNEYS FOR PLAINTIFF*** | ***ATTORNEYS FOR DEFENDANTS*** |

1

1534762v1